UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-60195-CR-BLOOM

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**LATAM AIRLINES GROUP S.A.**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on February 27, 2018 for a status conference. After duly noticing the attorney of record, attorney Tarek Helou from the Depoartment of Justice appeared by telephone. In accordance with the record, it is

**ORDERED AND ADJUDGED** that the Clerk is directed to mark this case **CLOSED** for administrative purposes. The time is excluded for speedy trial purposes as of today until the completion of the Deferred Prosecution Agreement. The case may be reopened and the speedy trial may resume once the Defendant fully complies with the Deferred Prosecution Agreement. This case will be set for a **STATUS CONFERENCE on Friday, July 19, 2019 at 1:30 pm in Miami, 400 North Miami Avenue, Courtroom 10-2**. Any party may request that the Court re-open the case and restore it to the active docket.

**DONE AND ORDERED** in Miami, Florida, this 27th day of February, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

**CASE NO. 16-60195-CR-BLOOM**

cc: counsel of record